THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED FAIR, Appellant. [643 NYS2d 1009]

We reject the defendant's contention that the court erred by denying, without a hearing, that branch of his omnibus motion which was for suppression of physical evidence. The defendant's moving papers failed to allege sufficient facts to support a legal basis for the branch of his motion in question *(see,* CPL 710.60 [3]; *People v Mendoza,* 82 NY2d 415; *People v Chavous,* 204 AD2d 475).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Medina,* 53 NY2d 951) and, in any event, are without merit *(see, People v Byrd,* 214 AD2d 581). Miller, J. P., Copertino, Santucci and Altman, JJ., concur.